# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Digibeam Corporation | ) | ASBCA No. 59550 |
| | ) | |
| Under Contract No. H94003-07-D-7001 | ) | |

APPEARANCE FOR THE APPELLANT:     Christopher I. Kachouroff, Esq.
                                                            McSweeney Cynkar & Kachouroff, PLLC
                                                            Woodbridge, VA

APPEARANCE FOR THE GOVERNMENT:     Mark Micchio, Esq.
                                                              Counsel
                                                              Defense Microelectronics Activity
                                                              McClellan, CA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 23 September 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59550, Appeal of Digibeam Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals